CONOR GRANAHAN (SBN 240756)
LAW OFFICES OF CONOR GRANAHAN
345 Franklin Street
San Francisco, CA 94102
Tel: (415) 830-3325
Fax: (415) 723-7274

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOHN TOMLINSON, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT, INC. and DOES 1-100,<br><br>Defendants.<br>_____<br>JOHN TOMLINSON, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HIRERIGHT, LLC and DOES 1-100,<br>Defendants. | **Lead Case:** Case No. 5-18-CV-00325-NC<br><br>Consolidated with: 5:18-cv-~~00325~~ 4003 NC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**; ORDER<br><br>Assigned for All Purposes to: Hon. Judge Nathanael M. Cousins |

**Case No. 5:18-CV-00325-NC**                                              *Tomlinson v. Intuit, Inc., et al.*
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and among the undersigned counsel of |
| 2 | record, on behalf of all the parties to this action, in accordance with Rule |
| 3 | 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action and all claims |
| 4 | asserted by plaintiff John Tomlinson against defendants Intuit, Inc. and HireRight, |
| 5 | LLC. shall be and hereby are dismissed with prejudice. |

Each party shall bear her/its own costs and attorneys' fees.

Respectfully submitted on October 9, 2018.

Dated: October 9, 2018

*/S/ Conor Granahan*
Conor Granahan, Esq.
Law Offices of Conor Granahan
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Tel: (415) 830-3325
Fax: (415) 723-7274

*Attorney for Plaintiff*,
John Tomlinson

Dated: October 9, 2018

*/S/ Rod M. Fliegel*
ROD M. FLIEGEL, Esq.
Littler Mendelson, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94102

*Attorneys for Defendants*,
INTUIT INC. AND HIRERIGHT

---

Case No. 5:18-CV-00325-NC                               *Tomlinson v. Intuit, Inc., et al.*
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | |
| 2 | **<u>FILER'S ATTESTATION</u>** |
| 3 | |
| 4 | Pursuant to Local Rule 5-1, I, the filer of this document, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. |
| 5 | |
| 6 | Executed on October 9, 2018, in San Francisco, California. |
| 7 | |
| 8 | |
| 9 | */s/ Conor Granahan* |
| 10 | Conor Granahan, Esq.<br>Law Offices of Conor Granahan<br>Law Chambers Building<br>345 Franklin Street<br>San Francisco, CA 94102<br>Tel: (415) 830-3325<br>Fax: (415) 723-7274 |

# ORDER

IT IS HEREBY ORDERED: In accordance with the parties stipulation, this action and all claims asserted by plaintiff John Tomlinson against defendant Intuit, Inc. and HireRight, LLC. shall be and hereby are DISMISSED WITH PREJUDICE under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear her/its own costs and attorneys' fees.

Dated: October 10, 2018



Honorable _____
United _____

# PROOF OF SERVICE

I, the undersigned, declare that I am authorized to work in the United States; I am employed by the Law Offices of Conor Granahan, whose business address is 345 Franklin Street, San Francisco, California 94102; and I am over the age of eighteen (18) years and not a party to this action.

On October 9, 2018, I served and or will cause to be served the foregoing:

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the interested parties involved in said action, addressed as follows:

ROD M. FLIEGEL, Esq.
Littler Mendelson, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94102

*Attorneys for Defendants,*
INTUIT INC. AND HIRERIGHT

☐ **(by personal delivery) by causing to be delivered on the same day by courier a true copy thereof, enclosed in a sealed envelope, to the interested parties at the addresses set forth above.**

☐ **(by mail) by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. Following ordinary business practices and placing for collection and mailing at the United States Post Office, San Francisco, CA, in the ordinary course of business, the above documents would have been deposited for first-class delivery with the United States Postal Service the same day they were placed for deposit, with postage thereon fully prepaid.**

☒ **(by email).**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 9, 2018 at San Francisco, California.

*/s/ Maureen Spengel*

Maureen Spengel
Legal Assistant to Conor Granahan, Esq.

4
PROOF OF SERVICE